# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 304 MAL 2023

           Respondent                     :

                                        : Petition for Allowance of Appeal

                                        : from the **Unpublished**

           v.                            : **Memorandum and Order** of the

                                        : Superior Court at No. 716 MDA

                                        : 2022 entered on May 8, 2023,

ROBERT DANIEL SULLIVAN,           : **affirming** the Judgment of Sentence

                                        : of the Adams County Court of

           Petitioner                   : Common Pleas at No. CP-01-CR-

                                        : 0000251-2021 entered on April 29,

                                           2022

## ORDER

**PER CURIAM**                                        **DECIDED: June 18, 2025**

       **AND NOW**, this 18th day of June, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, ___ A.3d ___, 2025 WL 1535292 (Pa. filed May 30, 2025).